AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Danilo Pereira Tetzner
aka Davi Campos Pereira
aka Danny

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1740-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 1, 2005__ in __Middlesex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) utter, use, attempt to use, possess, obtain, accept and receive immigrant and nonimmigrant visas and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing such documents to be forged, counterfeited, altered, and falsely made, or to have been procured by means of any false claim and statement, or to have been otherwise procured by fraud or unlawfully obtained

in violation of Title __18__ United States Code, Section(s) __1546(a)__

I further state that I am a(n) __DSS Special Agent__ and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☐ No

Signature of Complainant
Christopher Brandt

Sworn to before me and subscribed in my presence,

08-05-2005
Date

at Worcester, Massachusetts
City and State

Charles B. Swartwood, III
Chief U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.