UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  v. )   CRIMINAL NO.  O5-M-1740-CBS  )  DANILO TETZNER ) | |

MOTION TO WITHDRAW

    Undersigned counsel hereby moves to withdraw as counsel for defendant, Danilo Tetzner.

As grounds for this motion, the Federal Defender Office represents a co-defendant in this matter.

                                        DANILO TETZNER
                                        By his attorney,

                                        /s/J. Martin Richey
                                        J. Martin Richey
                                           B.B.O. # 559902
                                        Federal Defender Office
                                        408 Atlantic Ave., 3rd Floor
                                        Boston, MA  02110
                                        Tel: 617-223-8061

August 11, 2005