UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
05-1740-CBS

UNITED STATES OF AMERICA

v.

DANILO PEREIRA TETZNER
a/k/a DAVI CAMPOS PEREIRA
a/k/a DANNY

## MEMORANDUM AND ORDER OF DETENTION

August 15, 2005

DEIN, M.J.

The defendant is charged in a criminal complaint with the use and possession of forged immigrant and non-immigrant visas and other documents in violation of 18 U.S.C. § 1546(a).  An initial appearance was held on August 10, 2005, at which time the defendant was represented by counsel.  The government moved for detention under 18 U.S.C. § 3142(f)(2)(A) on the grounds that the defendant poses a serious risk of flight.

A probable cause and detention hearing was held on August 15, 2005, at which time the defendant was represented by counsel.  An evidentiary hearing was held during which Special Agent Christopher Brandt testified on behalf of the government, and was cross-examined by defense counsel.  The defendant did not introduce any evidence.  At the conclusion of the hearing, this court found probable cause that the crime as alleged in the complaint had be committed by the defendant.  The defendant,

through counsel, agreed to the entry of a voluntary order of detention without prejudice to his right to propose conditions of release at a later date.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED:

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider proposed conditions of release, regardless whether there have been changed circumstances

    /s/Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge