F-1D  1054451
05-38-0811-000

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

v.

Danilo Pereira Tetzner
aka Davi Campos Pereira aka Danny

**WARRANT FOR ARREST**

CASE NUMBER: 05-1740-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Danilo Pereira Tetzner aka Davi Campos Pereira aka Danny
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

uttering, using, attempting to use, possessing, obtaining, accepting and receiving immigrant and nonimmigrant visas and other documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing such documents to be forged, counterfeited, altered, and falsely made, or to have been procured by means of any false claim and statement, or to have been otherwise procured by fraud or unlawfully obtained

in violation of
Title    18    United States Code, Section(s)  1546(a)

Charles B. Swartwood, III
Name of Issuing Officer

Signature of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

08-05-2005
Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DATE RECEIVED   8/26/2005
DATE OF ARREST  8/10/2005

NAME AND TITLE OF ARRESTING OFFICER
For J State Department

SIGNATURE OF ARRESTING OFFICER
T Byrne   SDUSM

This form was electronically produced by Elite Federal Forms, Inc.