UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
v.                                      )          Criminal No. 05-1740-CBS
                                        )
DANIEL PEREIRA TETZNER                  )
_____)

**DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT**

Defendant Tetzner hereby moves the court to continue the date of arraignment from October 3, 2005 to October 11, 2005 at 2:30 p.m. on the ground that defense counsel is being held day-to-day to begin a trial in Suffolk Superior Court and may be on trial on October 3rd. Defendant waives his right to an arraignment prior to October 11th.

Dated:  September 23, 2005                        Daniel Pereira Tetzner
                                                 By his Attorney,

                                                 /s/Keith Halpern
                                                 _____
                                                 Keith Halpern
                                                 BBO 545282
                                                 4 Longfellow Place, 37th Floor
                                                 Boston, MA 02114
                                                 (617) 722-9952